IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WINIFRED PETTIS;  :
CARETTA MCLEAN; and
WILTON MCLEAN  :   CIVIL ACTION
    Plaintiffs,  :   NO. 11-5873

v.

                               :

NCO FINANCIAL SYSTEMS, INC.
    Defendant.

### ORDER

AND NOW, this 24th day of September, 2012, upon notification that the issues between Plaintiffs and Defendant have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby ORDERED and DECREED that the claims against said Defendants are DISMISSED with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

_____
C. Darnell Jones, II     J.